ESTATE OF HENDRICKSON v. GENESIS HEALTH VENTURE, INC.

No. 406P02

Case below: 151 N.C. App. 139

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 October 2002. Conditional petition by defendants (Genesis Elder Care Network Services, Inc. and Genesis Eldercare Rehabilitation Services, Inc.) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 3 October 2002.

FOSTER v. U.S. AIRWAYS, INC.

No. 280P02

Case below: 149 N.C. App. 913

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 October 2002.

FRAZIER v. COOPER

No. 417P02

Case below: Craven County Superior Court

Applications by petitioner pro se for writ of habeas corpus denied 3 September 2002. Expedited petition by plaintiff pro se to rehear and reconsider 417P02 denied 3 September 2002.

FRAZIER v. STATE OF N.C.

No. 413P02

Case below: Craven County Superior Court

Notice of appeal to the Supreme Court by plaintiff pro se denied 3 September 2002. Petition by plaintiff pro se for leave and order to proceed as an indigent appellant denied 3 September 2002. Motion by plaintiff pro se objections and exceptions of the Sanford Steelman, Jr. orders filed in the Craven County Clerk's office denied 3 September 2002.